# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**WILLIAM L. ANDERSON, II,**

     Plaintiff,

v.

     Civil Action No. **3:18CV88**

**TIMOTHY W. GREEN, *et al.*,**

     Defendants.

## MEMORANDUM OPINION

On February 21, 2018, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis.* By Memorandum Order entered on March 26, 2018, the Court directed Plaintiff to pay an initial partial filing fee of $3.36 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis.* Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order shall issue.

Date: 4/24/18
Richmond, Virginia

/s/ _____
John A. Gibney, Jr.
United States District Judge